IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

OLIVER A. PENTINMAKI JR.,

                Plaintiff,                      ORDER

  v.

                                                    10-cv-194-slc

Warden DEIDRE MORGAN,
Security Director THELEN,
Captain SPROELICH, Captain BUETTNER,
Lt. ALBERTS, Sgt. KELLY, Sgt. HAVENS,
Officer PAYNE, DEBRA LANCE,
Dr. EUGENE WALL, Dr. JANET WALSH,
Warden (Director) BYRAN BARTOW,
Deputy Director THOMAS SPEECH,
SCOTT BOEVERS, THERESA BARWELL,
STEVE SPANBAUER, Dr. GANNON and
RICK RAEMISCH,

                Defendants.

---

      Plaintiff Oliver Pentinmaki, Jr., a prisoner at the Wisconsin Resource Center in Winnebago, Wisconsin, has submitted a proposed complaint. He requests leave to proceed *in forma pauperis*. A decision on the request will be delayed until plaintiff pays an initial partial payment of the $350 filing fee as required by 28 U.S.C. § 1915(b) and the 1996 Prison Litigation Reform Act. Plaintiff's initial partial payment cannot be calculated at this time because he has not submitted a trust fund account statement with his complaint.

      Plaintiff's complaint was submitted on April 6, 2010. His trust fund account statement should cover the six-month period beginning approximately October 5, 2009 and ending approximately April 5, 2010. Once plaintiff has submitted the necessary statement, I will calculate his initial partial payment and advise him of the amount he will have to pay before the court can screen the merits of his complaint under 28 U.S.C. § 1915(e)(2). Plaintiff should

show a copy of this order to prison officials so that they are aware they should send plaintiff's trust fund account statement to this court.

ORDER

IT IS ORDERED that plaintiff may have until May 11, 2010, in which to submit a trust fund account statement for the period beginning October 5, 2009 and ending April 5, 2010. If, by May 11, 2010, plaintiff fails to respond to this order, I will assume that he wishes to withdraw this action voluntarily and, in that case, the clerk of court is directed to close this file without prejudice to plaintiff's filing his case at a later date.

Entered this 20th day of April, 2010.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge