IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

OLIVER A. PENTINMAKI, JR.,

        Plaintiff,

v.

LT. ALBERTS and OFFICER PAYNE,

        Defendants.

ORDER

10-cv-194-slc

---

OLIVER A. PENTINMAKI, JR.,

        Plaintiff,

v.

SECURITY DIRECTOR THELEN, CAPTAIN
SPROELICH, CAPTAIN BUETTNER, LT.
WINCHELL, SGT. KELLY, SGT. HAVENS,
DEBRA LANCE and JANET WALSH,

        Defendants.

10-cv-325-slc

---

OLIVER A. PENTINMAKI, JR.,

        Plaintiff,

v.

THOMAS SPEECH, SCOTT BOEVERS,
TOM SCHERTZ, COLLEEN COLLIER,
CAPTAIN GABLE, THERESA BARWELL
and STEVE SPANBAUER,

        Defendants.

10-cv-327-slc

---

OLIVER A. PENTINMAKI, JR.,

        Plaintiff,

v.

DEIDRE MORGAN, SECURITY DIRECTOR
THELEN, CAPTAIN SPROELICH, CAPTAIN
BUETTNER, LT. WINCHELL, SGT. KELLY,
SGT. HAVENS and JANET WALSH,

        Defendants.

10-cv-337-slc

---

At a September 10, 2010 recorded telephonic status conference in Case No. 10-cv-325-slc, plaintiff Oliver Pentinmaki accepted the court's offer to administratively close all of his pending civil lawsuits. The court offered to close all of Pentinmaki's cases temporarily and without prejudice so that he could get his life together upon his imminent release from the Wisconsin Resource Center. The defendants do not oppose administratively closing these cases.

Not later than March 11, 2011, Pentinmaki must contact the court in writing if he wishes to reopen any or all of these cases, at which point the court will calendar a telephonic status and scheduling conference. If Pentinmaki does not contact the court by March 11, 2011, then the court will make a reasonable effort to locate Pentinmaki. If the court cannot locate Pentinmaki and he does not contact the court, then the court may, in its discretion, dismiss any or all of these lawsuits with prejudice for failure to prosecute them.

In the meantime, the cases are closed without prejudice so that Pentinmaki can focus on attempting to find food, shelter and a job upon release.

ORDER

It is ORDERED that the Clerk of Court shall administratively close all of the above-captioned cases, without prejudice, until plaintiff files a written request to reopen any of these cases, or until March 11, 2011, whichever comes first.

Entered this 10th day of September, 2010.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge